# EXHIBIT B

**From:** Michael Feinberg <maf@fczlaw.com>
**Date:** October 19, 2017 at 9:43:14 AM EDT
**To:** sheldon kline <sheldonkline@icloud.com>
**Cc:** "jlopes@teamsterslocal25.com" <jlopes@teamsterslocal25.com>, "teamsterslocal42@aol.com" <teamsterslocal42@aol.com>, "Edward F. Groden (egroden@nettipf.com)" <egroden@nettipf.com>
**Subject: FW: New Voicemail Received**

Ed Groden prepared the email below in response to your voice mail seeking clarification as to why the transition contribution rate was so high as compared to the assumptions used in general for the "legacy pool" employers.  I hope it helps.

_____
Michael A. Feinberg, Esq.
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
Tel: (617) 338-1976
Fax: (617) 338-7070
maf@fczlaw.com

This e-mail and any attachments may be confidential or legally privileged.  If you received this message in error or are not the intended recipient, you should destroy the e-mail message and any attachments or copies, and you are prohibited from retaining, distributing, disclosing or using information contained herein. Please inform us of the erroneous delivery by return e-mail to the sender of this message.

**From:** Edward Groden [mailto:egroden@nettipf.com]
**Sent:** Thursday, October 19, 2017 1:33 AM
**To:** Michael Feinberg <maf@fczlaw.com>
**Subject:** Re: New Voicemail Received

The issue of fairness and parity is raised by every company considering entering the direct attribution pool, whether as a transition employer or a new employer. Not surprising, since this Pension Fund until 2011 treated all employers and their members in the same manner with regards to contribution rate and corresponding pension accrual. So, too, with the calculation of withdrawal liability under a pooled approach, that ignored the very significant differences between employers with regard to hiring practices, level of turnover and percentage of a company's members who worked a full career and retired from that company. In very large multiemployer pension funds, such as this one, Trustees, employers and professionals alike implicitly know that there are winners and losers; those that pay in contributions that are too much or too little for the pension accruals earned by that employer's members and subsequently, withdrawal liability assessments that do not accurately reflect the actual demographic experience of any particular employer. Because, this Pension Fund and virtually all multiemployer pension funds around the country adopted, in 1980, a presumptive method for the calculation of withdrawal liability that treated all employers in a pension fund in the same manner regardless of demographic make-up or hiring practices of each employer.  Computing power and data collection capabilities, at that time, made pooling methods, for the vast majority of pension funds, the

only viable alternative.  Technology has advanced by many orders of magnitude since 1980 to make the collection of data and attendant calculation trivial.  Nonetheless, to this day, our actuaries do include in their annual report representative contribution rate vs. pension accrual relationships that apply to many, but not all of the Fund's employers.

This Pension Fund introduced a separate and distinct withdrawal liability [direct attribution] pool in 2011 for newly participating employers, but also, so-called, transition employers who withdraw from the presumptive pool approach with respect to pre-transition participation and enter into the direct attribution pool. This direct attribution pool is required by ERISA to measure for each employer in it, the contributions made against the vested pension benefits earned by that employer's membership.

These Pension Fund Trustees agreed to establish a second, direct attribution withdrawal liability pool only under the condition that actuarial projections demonstrated that the contributions made by each and every employer in the direct attribution pool is expected to fully fund the present value of vested pension benefits earned by each and every employer in that pool.

This Pension Fund has nearly 400 employers in a wide and diverse number of industries. This Pension Fund has run analyses of 100+ employers considering transition and a comparable number of potential new employers. The overarching theme: each employer is unique, based on who they hire, how long they have been employed and the likelihood they will retire from the employer.  As mentioned before, demographics are the principle determiner of all contribution rate/pension accrual equations in the direct attribution pool.  As mentioned before, every employer is different.  Every industry is different.

At your request, our actuary has verified the contribution rate applicable to the current pension accrual for both bargaining units.  In addition, those calculations were performed on the entire Americold membership represented by both local unions. If a lesser contribution rate were agreed to, the likelihood of future withdrawal liability is much more than either party desires.  Based on those calculations, the Pension Fund proposed the particular contribution rates for Americold in the event it desired to transition into the direct attribution liability pool.

Significantly, since 2011, no employer in the direct attribution pool has experienced any withdrawal liability. This Pension Fund intends to continue that record and commitment. Asking for a lower contribution rate, not only jeopardizes this Pension Fund's commitment with respect to the employers in the direct attribution pool, but also jeopardizes the commitment with Americold with regards to its participation in the direct attribution pool.

Every employer is different. No employer is pooled with another.

---------------------------------------
Edward F. Groden
New England Teamsters Pension Fund
Direct: 781-345-4420
Fax: 781-345-4423

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.