# EXHIBIT E

# NEW ENGLAND TEAMSTERS & TRUCKING INDUSTRY PENSION FUND

1 Wall Street ● Burlington, Massachusetts 01803-4768
Telephone 781-345-4400 ● Fax 781-345-4402
Toll Free Telephone Number 800-447-7709

```
                                    Invoice Date...: December 18, 2020

AMERICOLD LOGISTICS, LLC                Invoice Number.: WL012021
CATALINA MANZUR/MAUREEN K
10 GLENDALE PKWY
SOUTH TOWER  SUITE 800
ATLANTA            GA   30328           Account Number.:   25-1275
```

Dear Sir or Madam:

In accordance with item number four of the Withdrawal Agreement you have entered into with the New England Teamsters Pension Fund, your payment is due for the period of January 2021.

```
    Total Withdrawal Liability Due. . . . :    $3,838,386.00

    Withdrawal Amount Paid to Date. . . . :      $245,480.00

    Current Balance Due . . . . . . . . . :    $3,592,906.00


    ---------------------------------------------------------

    Amount Due this Period. . . . . . . . :       $17,786.00

    Due on or Before. . . . . . . . . . . :    January 31, 2021
```

If you have any questions please direct all inquiries to Melanie Symond-McCarthy at 800-447-7709 ext. 4434.

Please Remit Payments To:

```
BY WIRE/ACH (PREFERED):              BY CHECK:
Bank of New York Mellon Corp         New England Teamsters Pension Fund
500 Ross Street                      1 Wall Street
Pittsburg PA 15262                   Burlington MA 01803
Account Number: 728152
ABA Number....: 011001234
```

"Advice about claims, benefits, eligibility or status of participants is based on the present rules of the fund which are subject to change without notice."